UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

TRIXIE H.,

                     Plaintiff,

v.                                                       8:21-CV-1112
                                                                    (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                     Defendant.

_____

APPEARANCES:                                       OF COUNSEL:

SCHNEIDER & PALCSIK                      MARK A. SCHNEIDER, ESQ.
  Counsel for the Plaintiff
57 Court Street
Plattsburgh, New York 12901


SOCIAL SECURITY ADMINISTRATION      CHRISTINE A. SAAD, ESQ.
  Counsel for the Defendant                       Special Assistant United States
J.F.K. Federal Building                            Attorney
15 New Sudbury Street
Boston, Massachusetts 02203


MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Christine A. Saad, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may

be taken; and Plaintiff, through counsel Mark A. Schneider, having consented to the within order and the requested remand (Dkt. No. 15), and the Court having considered the matter,

    IT IS on this 2nd day of May, 2022,

    **ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

    **ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

    **ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: May 2, 2022
       Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge